IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

| | |
|---|---|
| IN RE:<br>Angelo M. Cooper<br>    Debtor<br>_____ | Case No. 13-31088-JFS |
| SunTrust Mortgage, Inc.<br>    Movant, | |
| vs. | Chapter 13 |
| Angelo M. Cooper<br>    Debtor | Amends Doc. No. 28 |

**AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 2092 CLIPPER PARK ROAD, BALTIMORE, MARYLAND 21211**

COMES NOW, SunTrust Mortgage, Inc. (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001-1, and respectfully represents as follows. **The sole purpose of this amended motion is to correct the PACER docket which, due to a CM/ECF filing error by the undersigned, incorrectly states Movant's request for relief from Co-Debtor Stay, which relief the Movant does not seek**:

1. Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United State Bankruptcy Code. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

2. On or about December 17, 2013, Angelo M. Cooper (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 13 of the United States Bankruptcy Code.

1

3. Nancy Spencer Grigsby is the duly appointed Chapter 13 Trustee of the Debtor's bankruptcy estate.

4. At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Baltimore City, Maryland, and improved by a residence known as 2092 Clipper Park Road, Baltimore, Maryland 21211 (hereinafter the "Property").

5. Movant is a secured creditor of the Debtor and the Movant's interest is evidenced by a Note dated March 23, 2007, and executed by Angelo M. Cooper, in the original principal amount of $347,200.00, with interest at the original note rate of 6.125%. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the promissory note is attached hereto.

6. Said promissory note is secured by a certain Deed of Trust also dated March 23, 2007 and recorded in the land records of Baltimore City, Maryland, related to the subject Property. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the deed of trust is attached hereto.

7. Movant now seeks relief from the automatic stay against the Debtor pursuant to 11 U.S.C. § 362(d) and Maryland Local Bankr. Rule 3070-1(a) for Debtor's failure to maintain post-petition adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust. Maryland Local Bankr. Rule 4001-1(b)(5).

8. A statement of Debtor's accrued post-petition payment arrears, required by Maryland Local Bankr. Rule 4001-1(b)(2), is as follows: (a) February and March 2014 regular monthly payments of $2,094.61 each for a subtotal of $4,189.22; and (b) attorney fees of $650.00 and filing cost of $176.00 associated with the present motion for a subtotal of $826.00. Consequently, as of the filing date of the present motion, the total post-petition arrearage, inclusive of motion legal fees and costs, is $5,015.22.

9. A detailed statement of debt, required by Maryland Local Bankr. Rule 4001-1(b)(1), is itemized as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $346,175.66 |
| Accrued Interest | $2,108.27 |
| Escrow Balance | ($1,474.36) |
| Corporate Advances | $200.00 |
| Motion Legal Fees | $650.00 |
| Motion Filing Cost | $176.00 |
| Total: | $347,835.57 |

This statement of debt is not equivalent to a verified payoff statement. If you wish to receive a verified payoff statement you must request one directly from the lender.

10. The Movant avers that there is no equity in the Property because the total liens against the Property exceeds its fair market value. Debtor's Schedule D lists the market value of the Property as $320,000.00. Moreover, the Maryland State Department of Assessments and Taxation's real property report dated July 1, 2013 values the Property at $226,700.00. Maryland Bankr. Rule 4001-1(b)(6).

11. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

12. Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property. Maryland Local Bankr. Rule 4001-1(b)(7).

13. In the event the automatic stay under 11 U.S.C. § 362(a) is terminated as to the subject Property, Movant may, at its discretion, discuss, offer and enter into any potential non-bankruptcy loss mitigation agreements, such as a forbearance agreement, a deed-in-lieu agreement or a loan modification agreement, with the Debtor.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) of the United States Bankruptcy Code to enable Movant to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 2092 Clipper Park Road, Baltimore, MD 21211 and to allow successful purchaser to obtain possession of same; and,

2. Grant such other and further relief as may be just and necessary.

                Respectfully submitted,

                */s/ Gene Jung, Esq.*
                Gene Jung, Esq., MD Fed. Bar No. 14950
                Brock & Scott, PLLC
                10630 Little Patuxent Parkway, Suite 147
                Columbia, Maryland  21044
                (410) 306-7821
                (410) 884-2826 facsimile
                Gene.Jung@brockandscott.com

                *Counsel for Movant*

## **AMENDED CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this __10th__ day of __April__, 2014, to the extent that the following person(s) were not served electronically *via* the CM/ECF system, I mailed a copy of the foregoing Amended Motion for Relief from Automatic Stay, by first class, postage prepaid, to:

Jeffrey P. Nesson, Esq.  
11421 Reistertown Road  
Owings Mills, MD 21117  
*Counsel for Debtor*

Angelo M Cooper  
2092 Clipper Park Road  
Baltimore, MD 21211  
*Debtor*

Nancy Spencer Grigsby  
4201 Mitchellville Road  
Suite 401  
Bowie, MD 20716  
*Chapter 13 Trustee*

                                  */s/ Gene Jung*  
                                  Gene Jung